Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AND MICHELLE MCGREGOR,<br><br>            Plaintiffs,<br><br>    vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>            Defendant. | Case No.  2:09-CV-00549-FCD-KJM<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |

Plaintiffs, ROBERT AND MICHELLE MCGREGOR ("Plaintiffs"), filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 26, 2009.  Plaintiffs filed a First Amended Complaint on March 23, 2009.  NCO filed its responsive pleading on April 9, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 6/29/09        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 6/29/09        KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiffs,
Robert and Michelle McGregor

**IT IS SO ORDERED.**

Dated:  June 29, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE